Sotir Durato, appellee, v. Jim Tchoukaleff, appellant.*
Bill for partnership accounting and for injunction to restrain disposing of partnership property. Decree for complainant. Appeal from the City Court of Alton; the Hon. L. D. Yager, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed July 11, 1922.
H. J. Bandy, for appellant. W. P. Boynton and D. H. Mudge, for appellee.
Mr. Presiding Justice Higbee delivered the opinion of the court.

The People of the State of Illinois ex rel. Florence E. Elam, appellee, v. George Stanbery, appellant.*
Bastardy proceeding. Judgment of filiation. Appeal from the County Court of Bond county; the Hon. W. H. Hubbard, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 26, 1923.
F. M. Guinn, for appellant. J. H. Allio and J. D. Biggs, for appellee.
Mr. Presiding Justice Boggs delivered the opinion of the court.

Bertha Ehrhardt, appellee, v. The Pennsylvania Fire Insurance of Philadelphia, appellant.*
Assumpsit on policy insuring against loss by fire of automobile. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed October 29, 1923.
M. V. Joyce, for appellant. T. M. Webb and R. B. Hendricks, for appellee.
Mr. Presiding Justice Boggs delivered the opinion of the court.

George G. Parker et al., appellees, v. Julius Rosenberg, appellant.*
Bill to enjoin interference with right of way. Order granting temporary injunction. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1923. Reversed and remanded with directions. Opinion filed November 15, 1923.
Williamson, Simpson & George, for appellant. W. P. Boynton, for appellees.
Mr. Presiding Justice Barry delivered the opinion of the court.

Maggie Harrell, appellee, v. Bankers Mutual Life Company, appellant.*
Action on life insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Clay county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 10, 1924.
E. R. Shaw, for appellant. A. N. Tolliver and E. E. Calhoon, for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.

* Received from clerk of Appellate Court, August 8, 1927.